STATE of Missouri, Respondent,

v.

Stephen C. DAVIS, Appellant.

No. WD 62595.

Missouri Court of Appeals,
Western District.

Aug. 10, 2004.

Susan L. Hogan, Kansas City, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before ROBERT G. ULRICH, P.J.,
HAROLD L. LOWENSTEIN and
EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Stephen Davis appeals his convictions following jury trial for murder in the first degree, section 565.020, RSMo 2000, and armed criminal action, section 571.015, RSMo 2000, and concurrent sentences of life imprisonment without probation or parole and life imprisonment, respectively. The judgment of convictions is affirmed. Rule 30.25(b).

STATE of Missouri, Appellant,

v.

Lyell D. HARRIS, Respondent.

No. WD 63890.

Missouri Court of Appeals,
Western District.

Aug. 10, 2004.

Michael D. Fusselman, Moberly, MO, for appellant.

Jenean Thompson, Moberly, MO, for respondent.

Before THOMAS H. NEWTON, P.J.,
HAROLD L. LOWENSTEIN and
RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Mr. Lyell D. Harris was charged with possession of methamphetamine, possession of alprazolam, driving while intoxicated because he was under the influence of alcohol and marijuana, and driving while his license was suspended or revoked. Mr. Harris moved to suppress all of the evidence found during the stop and the trial court granted the request for some of the items. The State appeals the trial court's decision to suppress certain evidence.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).